MORRIS ROSENBERG, Appellant, *v.* ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Respondent.

(Argued May 6, 1930; decided June 3, 1930.)

*Rowland H. Long, John Adams Wickham* and *Denis M. Hurley* for appellant.

*Fred H. Rees, Walter G. Evans* and *Daniel Mungall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.